IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHELLE LIN HUTTO                                                      PLAINTIFF

vs.                             CASE NO. 2:15-CV-00167-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Defendant, affirming the decision of the Commissioner and dismissing Plaintiff's case with prejudice.

SO ADJUDGED this 14th day of September, 2016.

_____
United States Magistrate Judge